IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER,

    Plaintiff,

  v.

KENNETH I. CHANAULT, THE AMERICAN EXPRESS COMPANY,

    Defendants.

No. C 16-05647 WHA

**NOTICE REFERRING PLAINTIFF TO THE FEDERAL PRO BONO PROJECT**

    Plaintiff should review the resources available to *pro se* litigants available on the Court's website, including at https://www.cand.uscourts.gov/helpcentersf. Plaintiff should also contact the Legal Help Center by calling 415-782-8982 or emailing federalprobonoproject@sfbar.org.

Dated: January 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE