IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER,

    Plaintiff,

v.

KENNETH I. CHENAULT and AMERICAN EXPRESS COMPANY,

    Defendants.
_____/

No. C 16-05647 WHA

**ORDER DENYING MOTION FOR RECONSIDERATION**

    Plaintiff moves for reconsideration of the order granting defendant Kenneth Chenault's motion to dismiss, stating that he mixed up the dates of the hearing on the motion to dismiss (Dkt. No. 36). Plaintiff's calendaring error is not a proper basis for reconsideration. *See* Civil Local Rule 7-9. The motion would have been granted with or without a hearing, so plaintiff's goof made no difference. Accordingly, the request is **DENIED**.

    Plaintiff is reminded that he may move for leave to amend his complaint to cure the defects identified in the order and any others identified in Chenault's motion to dismiss by **MARCH 23**.

    **IT IS SO ORDERED.**

Dated: March 15, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE