IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER,

    Plaintiff,

  v.

KENNETH I. CHANAULT, Chairman and Chief Executive Officer, and AMERICAN EXPRESS COMPANY,

    Defendants.

No. C 16-05647 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S THREE DISCOVERY DISPUTES**

The Court is in receipt of three motions (Dkt. Nos. 40, 41 and 42) filed by plaintiff concerning his discovery dispute with defendants. Plaintiff noticed these discovery motions on the 35-day calendar which is not in compliance with the procedure for discovery disputes described in the Supplemental Order Setting Case Management Conference (Dkt. No. 8). Accordingly, the hearings on May 18 are **VACATED**. Instead, the Court **SETS** a hearing for **9:30 A.M. ON WEDNESDAY, APRIL 26, 2017**, in Courtroom No. 8 of the San Francisco federal courthouse, located at 450 Golden Gate Avenue. Defendants' responses are due by noon on Monday, April 24.

**IT IS SO ORDERED.**

Dated: April 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE