IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER,

    Plaintiff,

v.

KENNETH I. CHENAULT, Chairman and Chief Executive Officer, and AMERICAN EXPRESS COMPANY,

    Defendants.

No. C 16-05647 WHA

**ORDER FOLLOWING DISCOVERY HEARING AND REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY PURPOSES**

As stated at the hearing on April 26, by **MAY 5**, defendants shall supplement their responses to plaintiff's interrogatories numbers 1 through 3, and the first part of number 5 by identifying each natural person in question. Interrogatory number 4 and the second part of number 5 are **QUASHED**. All other requests for relief are **DENIED**. By **MAY 11**, defendants may bring a motion to substitute American Express Centurion Bank as the defendant. By **JUNE 15**, defendants may bring an early summary judgment motion.

All discovery in this matter is hereby **REFERRED** to a magistrate judge to be randomly assigned.

**IT IS SO ORDERED.**

Dated: May 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE