IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER,

    Plaintiff,

v.

KENNETH I. CHENAULT, Chairman and Chief Executive Officer, and AMERICAN EXPRESS COMPANY,

    Defendants.

No. C 16-05647 WHA

**ORDER RE SUBSTITUTION OF DEFENDANTS**

At the April 26 discovery hearing, and by a minute order, the Court provided that American Express Company could bring a formal motion to substitute in American Express Centurion Bank as the defendant if it chose to do so. American Express Company filed such a motion on May 11; however, that motion did not cite any legal authority for the proposition that a defendant may unilaterally substitute another defendant in its place.

By **WEDNESDAY, JUNE 14 AT NOON**, defendant shall submit a supplement citing legal authority that a defendant may substitute itself for another defendant on its own motion.

**IT IS SO ORDERED.**

Dated: June 7, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE