IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BARKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KENNETH I. CHENAULT, Chairman and Chief Executive Officer, and AMERICAN EXPRESS COMPANY,<br><br>　　　　Defendants. | No. C 16-05647 WHA<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME** |

　　Defendant's motion to enlarge time to file an early motion for summary judgment is granted. Defendant shall file its motion by **JULY 21, 2017**.

**IT IS SO ORDERED.**

Dated: June 8, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE