UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH BARKER, | |
|---|---|
| Plaintiff, | Case No. 16-cv-05647-WHA |
| v. | **CERTIFICATE OF SERVICE** |
| KENNETH I. CHANAULT, et al., | |
| Defendants. | |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 6/12/2017, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Kenneth Barker
1550 Sycamore Ave., Apt. 506
Hercules, CA 94547

Dated: 6/12/2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Liz Noteware, Deputy Clerk