IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER,

    Plaintiff,

v.

KENNETH I. CHENAULT, Chairman and Chief Executive Officer, and AMERICAN EXPRESS COMPANY,

    Defendants.

No. C 16-05647 WHA

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

On June 14, defendant withdrew its motion to substitute parties. The parties shall nevertheless appear for a further case management conference on **JUNE 15, 2017 AT 8:00 A.M.** to discuss the status of the case and next steps going forward.

**IT IS SO ORDERED.**

Dated: June 14, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE