IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER,

    Plaintiff,

    v.

AMERICAN EXPRESS COMPANY,

    Defendant.

No. C 16-05647 WHA

**ORDER REQUIRING DECLARATION IN SUPPORT OF EXHIBITS TO OPPOSITION TO SUMMARY JUDGMENT**

On August 7, plaintiff Kenneth Barker submitted an opposition to defendant American Express Company's motion for summary judgment. Barker appended 14 separate exhibits to that motion. He did not, however, submit a sworn declaration authenticating any of these exhibits as required under FRCP 56 (see, e.g., Dkt. No. 94-1). Barker **SHALL SUBMIT** a sworn declaration by no later than **WEDNESDAY, AUGUST 30** authenticating each of these exhibits to the extent that he can honestly do so.

**IT IS SO ORDERED.**

Dated: August 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE