IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BARKER,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

    Defendant.

No. C 16-05647 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant American Express Company, and against plaintiff Kenneth Barker. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 7, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE